1 | MARK W. COLEMAN #117306
NUTTALL COLEMAN & DRANDELL
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant, JIMMY BRANTLEY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIMMY BRANTLEY,<br><br>Defendant. | Case No. 1:18-cr-00076-2-LJO<br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for September 16, 2019, at 8:30 a.m., be continued to October 28, 2019, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule, including the filing of informal and formal objections to the Pre-Sentence Investigation Report, be rescheduled in accordance with the new Sentencing date.

///

///

This continuance is requested by counsel for Defendant, JIMMY BRANTLEY, due to the fact that counsel is currently in Trial in a criminal case in San Joaquin County. The Trial began on August 14, 2019, and last for two to three weeks.

Counsel for Defendant has corresponded with Assistant U.S. Attorney, LAUREL MONTOYA, who has no objection to this continuance.

Dated: August 20, 2019.　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　NUTTALL COLEMAN & DRANDELL

　　　　　　　　　　　　　　　　　　/s/ Mark W. Coleman

　　　　　　　　　　　　　　　　　　MARK W. COLEMAN
　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　Forrest Awbrey

Dated: August 20, 2019.　　　　　　　UNITED STATES ATTORNEY'S OFFICE

　　　　　　　　　　　　　　　　　　 /s/ Laurel Montoya

　　　　　　　　　　　　　　　　　　LAUREL MONTOYA
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

* * * * * * *

## O R D E R

The Sentencing in this matter is continued to October 28, 2019, at 8:30 am.

The filing of informal and formal objections to the Pre-Sentence Investigation Report, is rescheduled in accordance with the new Sentencing date.

NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

Dated:　**August 22, 2019**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE